IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 03-cr-00415-REB-01
Civil Action No. 09-cv-02374-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. WENDEL ROBERT WARDELL, JR.,

    Defendant-Movant.

_____

## FINAL JUDGMENT
_____

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order entered by the Honorable Robert E. Blackburn [#962], filed Mar. 20, 2013, the following Judgment is hereby entered:

    1. That the defendant's Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 [#911], filed October 5, 2009, is DENIED;

    2. That Mr. Wardell's Motion for Leave To Supplement / Amend Claim Two of 28 U.S.C. § 2255 Petition [#961] filed March 11, 2013, which I read as a motion to submit supplemental authority, is GRANTED;

    3. Under 28 U.S.C. § 2253(c)(2), a certificate of appealability is DENIED; and

    4. The corresponding civil action is hereby CLOSED.

    Dated at Denver, Colorado this   21st   day of March, 2013.

                                  FOR THE COURT:
                                  JEFFREY P. COLWELL, CLERK

                                  By:  s/ Edward P. Butler
                                       Edward P. Butler, Deputy Clerk